# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-3570
LT Case No. 16-2025-CF-009633-A
_____

NATHANIEL WAUGH,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender, and William E. Partington, III, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Charlie Lee, Assistant Attorney General, Tallahassee, for Appellee.

May 19, 2026

PER CURIAM.

 AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————